UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00273

———

**Brittaney Moore-Bautista,**
*Plaintiff,*

v.

**Visions Gentlemen's Club & Inverted Art Gallery et al.,**
*Defendants.*

———

**O R D E R**

Plaintiff Brittaney Moore-Bautista filed this lawsuit against defendants alleging violations of the Fair Labor Standards Act. Doc. 1. This case was referred to United States Magistrate Judge John D. Love. Doc. 4. Not long thereafter, defendant Heather Wells moved to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Doc. 6.

On July 13, 2023, the magistrate judge issued a report recommending that defendant Heather Wells's motion to dismiss be denied. Doc. 13. Defendant did not file objections to the report and recommendation, and the timeframe for doing so has passed. Wells has since filed an answer to plaintiff's complaint. Doc. 14.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 13. Wells's motion to dismiss (Doc. 6) is denied.

*So ordered by the court on August 15, 2023.*

_____
J. Campbell Barker
United States District Judge