UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00273

**Brittaney Moore-Bautista,**
*Plaintiff*,

v.

**Visions Gentlemen's Club & Inverted Art Gallery et al.,**
*Defendants.*

# O R D E R

On May 26, 2023, plaintiff filed this action for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"). Doc. 1. On November 6, 2023, the parties informed the court that they have agreed to a settlement. Doc. 25. The parties represent that they had a "bona fide dispute regarding compensation under the FLSA, exchanged verified summaries of hours, and negotiated a private settlement through their counsel that includes monetary compensation to [p]laintiff as well as fees and costs." *Id.* at 1.

Generally, FLSA claims cannot be waived. *Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697, 706 (1945). So courts have held that, in the absence of supervision by the Department of Labor or scrutiny from a court, the settlement of a FLSA claim is prohibited. *See, e.g.*, *Bodle v. TXL Mortg. Corp.,* 788 F.3d 159, 164 (5th Cir. 2015).

However, unsupervised settlements that are reached due to a bona fide FLSA dispute over hours worked or compensation owed are excepted from the approval requirement. *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 255 (5th Cir. 2012). Because the parties had a bona fide dispute regarding compensation due under the FLSA and have negotiated a private settlement on the basis of this dispute, plaintiffs are not waiving any rights. Rather, they are receiving compensation for the disputed overtime pay. As such, the purpose of the FLSA is not undermined by the parties' agreement, and the court need not approve said agreement for it to be enforceable.

    Because no approval of the settlement is required in this case, the joint stipulation of dismissal with prejudice was automatic upon the filing of the joint stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); Doc. 29. Accordingly, all claims and counterclaims in this action are dismissed with prejudice. Each side shall bear its own costs, fees, and expenses. The clerk of court is directed to close this case.

    *So ordered by the court on February 16, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge
